544

51 A.3d 180

COMMONWEALTH of Pennsylvania, Petitioner

v.

Edward E. SCHOFIELD, Respondent.

Supreme Court of Pennsylvania.

Aug. 8, 2012.

## ORDER

PER CURIAM.

AND NOW, this 8th day of August, 2012 the Petition for Allowance of Appeal is hereby **DENIED.**

The Application for Bail Pending Appeal is **DENIED.**